LYNNE FARRISH-LEDUC ET AL. *v.*
JOHN CHARLES DUNAGAN
(12823)

O'CONNELL, HEIMAN and HENNESSY, Js.

Argued September 27—decision released October 18, 1994

*David M. Sheridan,* for the appellant (plaintiff).
*Thomas J. O'Neill,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.